IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: DEMOND LYNN WINFREY            CASE NO. 11-51114, CHAPTER 7

## TRUSTEE'S APPLICATION TO EMPLOY ATTORNEY AND DECLARATION OF PROPOSED ATTORNEY

TO THE HONORABLE United States Bankruptcy Judge:

The Application of PAUL N. DEBAILLON, TRUSTEE, respectfully alleges:

I.

Applicant is the duly qualified and acting trustee in this case.

II.

To perform his duties as trustee, your applicant requires the services of an attorney for the purpose of handling a damage claim arising out of wrongful removal of child from school premises. The terms of the employment are a contingency fee of 35% or 40% if appealed, of any amounts collected in addition to any and all reimbursable expenses and applicant desires to employ JOSLYN R. ALEX and THE ALEX FIRM as counsel for the trustee.

III.

Because the above mentioned attorney represented the debtor pre-petition in the bankruptcy case and has experience in these matters, applicant feels that said attorney is well qualified to render the foregoing services.

IV.

Based upon the Declaration attached hereto, applicant believes that said attorney does not hold or represent any interest adverse to that of your applicant or the debtor's estate other than representing the debtor prior to the filing of the bankruptcy case in the personal injury matter and

continues to represent the debtor and that said attorney is a disinterested person within the meaning of 11 U.S.C. Section 101(14).

WHEREFORE, applicant requests that he be authorized to employ generally, as his attorney, JOSLYN R. ALEX and THE ALEX FIRM to render services in the areas described above to be paid as an administrative expense after application to the Court.

DATED: May 26, 2012           /s/Paul N. DeBaillon
                              PAUL N. DEBAILLON, TRUSTEE

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was this date forwarded by first class mail, postage prepaid and properly addressed to the following parties:

Office of the U. S. Trustee           Ms. Joslyn R. Alex
to Gail.McCulloch@usdoj.gov           Attorney at Law
                                      P. O. Box 126
                                      Breaux Bridge, LA 70517

DATE: May 26, 2012            /s/Paul N. DeBaillon
                              PAUL N. DEBAILLON, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: DEMOND LYNN WINFREY        CASE NO. 11-51114, CHAPTER 7

## DECLARATION OF JOSLYN R. ALEX

I, JOSLYN R. ALEX, declare:

1. I am an attorney duly admitted to practice before all Courts of the State of Louisiana.

2. I am the attorney that the trustee is seeking to employ by the Application to which this Declaration is attached.

3. I have experience in handling matters described in the foregoing Application and I am well qualified to represent the trustee herein, and I am willing to accept employment on the basis set forth in the annexed application.

4. The attorney and/or law firm, its members and associates, do not hold any interest adverse to the above entitled estate and attorney and/or law firm is a disinterested person as defined in 11 U.S.C. Section 101(14).

5. The undersigned has no connection with insiders of the debtor, any creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, and any person employed in the Office of the U.S. Trustee other than representing the debtor in the personal injury suit prior to the filing of the bankruptcy case. I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___8___ day of ___May___, 2012 at Breaux Bridge, Louisiana.

JOSLYN R. ALEX
The Alex Firm
P. O. Box 126
Breaux Bridge, LA 70517
(337) )332-1180; fax (337)332-5704

# THE ALEX FIRM

## RETAINER CONTRACT

This is a contract of employment between the undersigned client (s) and THE ALEX FIRM (attorney).

Client hereby employs attorney, Joslyn R. Alex, to represent the Client Demond Winfrey and Eileen Winfrey, in a claim arising out of:

Kidnapping

Attorney accepts such employment and consideration, Client agrees to pay attorney as compensation for services to be rendered, apply to all of the total aggregate recovery hereafter made in this legal matter. This contingency fee shall be paid to attorney immediately once recovery is obtained.

Client hereby authorizes attorney in attorney's discretion to incur and pay on the client's behalf expenses such as but not limited to investigative fees, witness and expert fees, copy costs, postage, telephone expenses, and sheriff's fees, and in connection therewith, said attorney for such expenses he/she has previously advanced, said disbursement to be in addition to Thirty-five percent (35%) after filing suit and, Forty percent (40%) if have to appeal, attorney fees after the subtraction expenses, but prior to payment to the client.

If client discharges attorney for any reason, client shall immediately pay off all expenses incurred by attorney as well as such loans, which are deemed to be expenses for all purposes of this contract. Attorney reserves the right to withdraw from representation of client at any time.

In accordance with LA Business Association Rule. No advance will be made.

_____ Payment upon settlement _____

_____

_____

_____

_____

Client, and attorney agree that either may, without the consent of the other, settle or compromise the suit or claims, which are subject to this employment agreement.

Signed this __24__ day of __November__, 200_6_.

**THE ALEX FIRM**                           **CLIENT (S)**

_Joslyn Alex_                               _Demond Winfrey_

                                            _2146 Bushville Hwy_

                                            _Annaudville, LA 70512_

If the attorney dismiss the client, a portion of attorney fees in accordance with the law is still required.