**SO ORDERED.**

**SIGNED June 28, 2012.**

_____
ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: DEMOND LYNN WINFREY                    CASE NO. 11-51114, CHAPTER 7
_____

### **ORDER**

The court having considered the foregoing Application by the trustee to employ attorney, and Declaration of Joslyn R. Alex and The Alex Firm, in support thereof, and it appearing that Joslyn R. Alex is a disinterested person and that the employment is in the best interest of this estate, it is hereby,

ORDERED that PAUL N. DEBAILLON, trustee herein, is authorized to employ Joslyn R. Alex and The Alex Firm as attorney for trustee and the estate, with compensation to be paid in such amounts as may be allowed by the court upon proper application or applications therefor.

###

This order was prepared and is being submitted by:
Paul N. DeBaillon, Trustee
P. O. Box 51387
Lafayette, LA 70505
(337)237-0598; Fax (337)233-8867