**SO ORDERED.**

**SIGNED September 14, 2012.**



ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 11-51114 |
| DEMOND WINFREY | : | CHAPTER 7 |
|     DEBTOR | | |

### ORDER

CONSIDERING the Debtor's Motion to Enforce Discharge and Impose Sanctions, it appearing proper:

IT IS ORDERED that the Debtors' Motion to Enforce Discharge and Impose Sanctions is granted and Harrison Finance shall turnover the remaining funds in the amount of $876.41 to the debtor within 14 days. In Default, the court will impose additional sanctions of $100.00 per day until the funds are turned over.

# # #

Order prepared and submitted by:
A. Kip Wall, #21401
10626 Linkwood Court, Ste. C
Baton Rouge, LA 70810
Phone: 225-763-4700