**SO ORDERED.**

**SIGNED October 13, 2015.**



_____
**ROBERT SUMMERHAYS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: DEMOND LYNN WINFREY, SR.　　　　　　　　　　　　Case No. 11-51114
　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7

## ORDER

　　An application having been made, being the APPLICATION FOR COMPROMISE AND APPROVAL OF PAYMENT OF CLAIMS filed on September 8, 2015 (Doc. # 54) by John Clifton Conine; Notice appearing proper; no objection having been timely filed; and the court finding good grounds therefore:

1.　　IT IS THEREFORE ORDERED that JOHN CLIFTON CONINE, Trustee, be and he is hereby authorized to authorized to compromise that scheduled claim against the St. Martin Parish School Board ( ECF # 1, Schedule B-21) for a Gross Settlement of $30,000.00 to the estate with administrative claims for attorney's fees and expenses to be paid from that amount;

2.　　IT IS FURTHER ORDERED that JOHN CLIFTON CONINE, Trustee, be and he is hereby authorized to pay any administrative claims for attorney's fees and expenses to to Joslyn R. Alex, and payment of related other costs, and payment of damage claim recoveries, to the debtor's 2 children of $1,500.00 each, as shown in the attached SETTLEMENT PROCEEDS-DISBURSEMENT FORM, without further Orders of the Court; and

3.　　IT IS FURTHER ORDERED that JOHN CLIFTON CONINE, Trustee, be and he is hereby authorized to pay to the debtor the sum of $3,087.89, as an administrative expense for his help in prosecution of the case, without further Orders of the Court; and

4.   IT IS FINALLY ORDERED that JOHN CLIFTON CONINE, Trustee, be and he is hereby authorized to execute any documents, including those on behalf of the debtor, necessary to effect the compromise.

###

This order was prepared and is being submitted by:

JOHN CLIFTON CONINE, LSBA # 04273
Attorney for Trustee
1150 Miller Farm Rd.
Natchitoches, LA 71457-5322
Telephone: (318) 354-8413
Fax: 1-866-887-7413
Email: coninejc@gmail.com