**SETTLEMENT PROCEEDS- DISBURSEMENT FORM**

| **Client:** | **Demond Winfrey Sr.** |
|---|---|

**TOTAL SETTLEMENT AMOUNT**
St. Martin Parish School Board — $ 30,000.00

**ATTORNEY FEE (35%)** — **$ 10,500.00**

BALANCE: — $ 19,500.00

**DEPOSITIONS**

| | |
|---|---|
| D & S Hebert Professional Services, Inc | $ 434.50 |
| Deposition of Dr. Steward Invoice 15-955 | $ 252.50 |
| Deposition of Lt. Dina Theriot Invoice 15-957 | $ 266.50 |
| goDepo Invoice 21641 | $ 367.65 |
| goDepo Invoice 34003 | $ 135.45 |
| MAPS, Inc<br>Mediation Arbitratrion | $ 867.50 |
| Kaufman, Hoffman, Taylor, Wyatt and D'Acourt<br>Depositions | $ 948.91 |
| **Total** | **$ 3,273.01** |

**MISCELLANEOUS COST**

| | |
|---|---|
| Court Cost (72,753)<br>St. Martin Clerk of Court | $ 2,624.86 |
| Court Cost (71,028)<br>St. Martin Clerk of Court | $ 1,348.20 |
| Court Reporter Invoice # 4518<br>Elizabeth Rhodes McCleary | $ 63.00 |
| Court Reporter Invoice # 13-048<br>Brenda M. Landry | $ 100.00 |
| Payment to St. Martin Clerk of Court | $ 126.86 |
| Payment to St. Martin Clerk of Court | $ 179.00 |
| Payment to Dr. Sheron Steward | $ 350.00 |
| Payment to SRF Consulting Records | $ 25.29 |
| **Total** | **$ 4,817.21** |

**ADVANCES**

| | |
|---|---|
| Advance on May 30, 2014 | $ 1,500.00 |
| Advance on November 5, 2013 | $    200.00 |
| Advance on February 16, 2015 | $    284.00 |
| **Total** | **$ 1,984.00** |

**EXPENSES**

| | |
|---|---|
| Postage, Printing, Paper, etc. | $    250.00 |
| **Total** | **$    250.00** |

| | |
|---|---|
| **TOTAL EXPENSES:** | **$ 10,324.22** |
| **REMAINING BALANCE:** | **$   9,175.78** |
| TOTAL DUE TO DEMOND WINFREY, SR. | $   6,175.78 |
| TOTAL DUE TO DEMONTE WINFREY | $   1,500.00 |
| TOTAL DUE TO DEMOND WINFREY, JR. | $   1,500.00 |