UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: DEMOND LYNN WINFREY, SR.  Case No. 11-51114
    Debtor  Chapter 7

## TRANSMITTAL OF UNCLAIMED FUNDS

JOHN C. CONINE, Trustee of this estate, reports the following:

1. Ninety days having passed since final distribution under 11 U.S.C. 726 was made in this case. Your Trustee has stopped payment on all checks remaining unpaid. The names of persons to whom such unnegotiated distribution checks were issued, the amount of such checks, and their last known addresses are:

**DEMONTE WINFREY**
**C/O Joslyn Alex**
**The Alex Firm, LLC**
**P.O. Box 126**
**Breaux Bridge, Louisiana 70517**
    $ 1,500.00

**DEMOND WINFREY, JR.**
**C/O Joslyn Alex**
**The Alex Firm, LLC**
**P.O. Box 126**
**Breaux Bridge, Louisiana 70517**
    $ 1,500.00

2. Your Trustee's check for $3,000.00, payable to the Clerk of the Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Natchitoches, Louisiana, February 9, 2016.

    __S/ John Clifton Conine_____
    JOHN C. CONINE, TRUSTEE
    1150 Miller Farm Road
    Natchitoches, LA  71457-5322
    Ph. (318) 352-3602
    Fax. 1-866-887-7413
    Email:  coninejc@gmail.com