# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

In re: WINFREY, DEMOND LYNN, SR.      §    Case No. 11-51114-RS
                                            §
                                            §

Debtor(s)                                             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code
was filed on August 02, 2011.  The undersigned trustee was appointed on January 06, 2015.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of      $          41,425.66

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 20,824.22 |
| Bank service fees | 1,077.72 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 3,000.00 |
| Exemptions paid to the debtor | 4,276.57 |
| Other payments to the debtor | 3,087.89 |
| Leaving a balance on hand of[1]  $ | 9,159.26 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank
account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest
earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may
receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on
account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 01/12/2012 and the deadline for filing governmental claims was 12/06/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,856.12. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,856.12, for a total compensation of $3,856.12.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $201.33, for total expenses of $201.33.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/13/2016          By:/s/JOHN CLIFTON CONINE
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-51114-RS

**Case Name:** WINFREY, DEMOND LYNN, SR.

**Period Ending:** 10/13/16

**Trustee:** (380030) JOHN CLIFTON CONINE

**Filed (f) or Converted (c):** 08/02/11 (f)

**§341(a) Meeting Date:** 09/19/11

**Claims Bar Date:** 01/12/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2146 Bushville Hwy., Arnaudville, LA 70512<br>09/17/15--jcc; Needs Review; Lien on House Shows<br>diff. Value in Pacer | 85,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on Hand | 0.00 | 0.00 | | 0.00 | FA |
| 3 | First Pioneers FCU checking | Unknown | 0.00 | | 142.85 | FA |
| 4 | Bedding, Linen, Chinaware, Silverware & Glasswar<br>09/17/15--jcc; Needs Review; Exemption Value Diff<br>from Pacer | 1,940.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding Rings | 150.00 | 0.00 | | 0.00 | FA |
| 7 | Retirement Plan; 401K | 15,000.00 | 0.00 | | 0.00 | FA |
| 8 | Claim against the St. Martin Parish School Board | Unknown | 0.00 | | 30,000.00 | FA |
| 9 | 2008 Harley Davidson Sportster<br>09/17/15--jcc; Subject to Lien in Favor of ESB/Harley<br>Davidson Credit | 6,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2008 Ford F150 w, 80,000 miles<br>09/17/15--jcc; Subject to Lien in Favor of Santander<br>Customer USA | 16,050.00 | 0.00 | | 0.00 | FA |
| 11 | 2002 Ford Explorer w/120,000 miles | 3,575.00 | 0.00 | | 0.00 | FA |
| 12 | Laptop Computer | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Garnishment preference (u) | 1,649.73 | 0.00 | | 1,649.73 | FA |
| 14 | HIS 2011 tax refunds (u)<br>09/17/15--jcc; Needs Review | Unknown | 0.00 | | 6,249.15 | FA |
| 15 | her 2011 tax refunds (u) | 1,472.79 | 0.00 | | 3,383.90 | FA |
| 16 | First pioneers FCU savings<br>09/17/15--jcc; Needs Review | Unknown | 0.00 | | 0.00 | FA |
| 17 | Section 705 FC savings<br>09/17/15--jcc; Needs Review | 5.00 | 0.00 | | 0.00 | FA |
| 18 | Postal FCU checking<br>09/17/15--jcc; Needs Review | Unknown | 0.00 | | 0.00 | FA |
| 19 | Navy Federal FCY checking | Unknown | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-51114-RS

**Case Name:** WINFREY, DEMOND LYNN, SR.

**Period Ending:** 10/13/16

**Trustee:** (380030) JOHN CLIFTON CONINE

**Filed (f) or Converted (c):** 08/02/11 (f)

**§341(a) Meeting Date:** 09/19/11

**Claims Bar Date:** 01/12/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | 09/17/15--jcc; Needs Review | | | | | |
| 20 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| | 04/28/15 mlw -- to void unnecessary asset that was not supposed to be set up. | | | | | |
| Int | INTEREST (u) | Unknown | N/A | | 0.03 | Unknown |
| 21 | **Assets** Totals (Excluding unknown values) | **$131,142.52** | **$0.00** | | **$41,425.66** | **$0.00** |

**Major Activities Affecting Case Closing:**

Pursue litigation, trial continued, mediation set.

.10/07/11: email to Eaton re garnish, TO ATTY FOR SUIT. 03/12/12: rec refund, need returns.// 05/17/12: email to atty for original declaration. // 07/03/12: rec order to employ atty, rec status update. // 10/2/12: rec status report. // 12/19/12: email s with atty re status and offers. // 3/1/13: rec status update on litigation. // 05/29/13: request status. // 06/26/13: resent email for trial date. // 07/24/13: to atty re trial date and fixing. // 08/26/13: email to atty for update on status. // 11/7/13: status rec, new counsel, trial continued. // 01/08/14: corr for update. // 02/24/14: trial now for 7-21-14, first fixing. / 07/07/14: corr to atty for update on status. / 07/09/14: trial continued, to mediation. / 10/07/14: dep to occur in October of doc. / 11/25/14: rec status, negotiations ongoing, sent reply for more info.

03/31/15 mlw -- call from Joslyn Alex ( 337-277-1660 ) said she represented debtor and his 3 grown children in claim against school board; settlement is pending, needs JCC's concurrence. Per JCC, I told her to email to trustee: copy of proposed settlement and cc of last pleading in the case; and that trustee will have to file petition for court approval on settlement. I Added that the trustee will need for all funds to remitted to him and he will make disbursement; she said that she's already getting signatures on docs but it will be up to her to break down the expenses, and may take a few days; I suggested she email JCC to confirm proposed action and follow-up with docs.

04/19/15 - Check Status of settlment w Atty Alex;

04/28/15 mlw -- reviewed case for annual report - banking transactions: Revised the ledger entries for the deposit of funds on 3-12-12 - HIS and HER tax refunds. Originally, the deposits were split to show the estate's portion tied to assets #14 & 15, and the debtors' share was NOT tied to any asset - which was acceptable at that time to record the debtor's share as non-compensable, anticipating a check would be sent to the debtor for that amount. however, based on the way BMS software is set up, the full amount of the tax refunds should be deposited and tied to the asset, and when the checks are written to the debtors, they are considered as "payments to debtors" for TFR purposes and categorized as Code 8500 - Funds to other parties. The reason I did this is because the audit report disclosed an issue in the way the 3-12-12 deposits were recorded in the ledger.

04/28/15 mlw -- Value of Asset #8 not known at this time; We acknowledge that Form 3 of the TIR should not show "unknown" for the remaining value of asset (Column 6); however, in light of the fact that this case and many others were recently transferred to Trustee Conine from former Trustee DeBallion, it make take some time to evaluate all asset in all cases to determine their monetary value.

06/23/15 mlw -- review with JCC re updates on the settlement of litigation involving "kidnapping" of D's child.

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-51114-RS | **Trustee:** (380030) JOHN CLIFTON CONINE |
| **Case Name:** WINFREY, DEMOND LYNN, SR. | **Filed (f) or Converted (c):** 08/02/11 (f) |
| | **§341(a) Meeting Date:** 09/19/11 |
| **Period Ending:** 10/13/16 | **Claims Bar Date:** 01/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

7/8/15 mlw -- Settlement proceeds ($30,000 gross) received and deposited; Trustee to pay special counsel, debtor, per Court Order (Doc. #57).

05/25/16 mlw -- Case cited in UST Review of 2016 TIR due to: 1) no recent comments on Form 1 regarding status of case; The eTFR date was 12-31-15 and should be updated; UST suggested a better T-code for receipt of settlement funds (Asset #8), and it should be changed to 1149.

09/27/16 -- Claims reviewed, ready to TFR;

10/13/16 mlw -- completed final review of claims, assets, expenses, and division of trustee income and expenses to establish claims; prepared TFR to submit to UST for review and approval;

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | December 30, 2012 | **Current Projected Date Of Final Report (TFR):** | December 31, 2016 |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 11-51114-RS
**Case Name:** WINFREY, DEMOND LYNN, SR.

**Taxpayer ID #:** **-***4737
**Period Ending:** 10/13/16

**Trustee:** JOHN CLIFTON CONINE (380030)
**Bank Name:** The Bank of New York Mellon
**Account:** ****-******16-65 - Checking Account
**Blanket Bond:** $27,869,306.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/14/11 | {13} | Eaton Group Atty | #13 preference, FA | 1241-000 | 1,649.73 | | 1,649.73 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,624.73 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,624.74 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,599.74 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,599.75 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,574.75 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,574.76 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,549.76 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,524.76 |
| 03/12/12 | | US Treasury | #14 tax refund, do not know amt yet to determine if any refund to debtor, waiting for returns. | | 6,392.00 | | 7,916.76 |
| | {3} | | bank acct balance          142.85 | 1129-000 | | | 7,916.76 |
| | {14} | | His 2011 tax refund      3,883.69 | 1224-000 | | | 7,916.76 |
| | {14} | | Debtor's share of the      2,365.46 refunds | 1224-000 | | | 7,916.76 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,891.76 |
| 04/20/12 | | Eileen Johnson | #15 HER tax refund = $1472.79 REFUND TO EILEEN JOHNSON ONLY THE DIFFERENCE. | | 3,383.90 | | 11,275.66 |
| | {15} | | her 2011 tax refunds      1,472.79 | 1224-000 | | | 11,275.66 |
| | {15} | | debtor's share of tax      1,911.11 refunds | 1224-000 | | | 11,275.66 |
| 04/23/12 | 1001 | DEMOND WHITNEY | Debtor's share of refunds | 8100-002 | | 2,365.46 | 8,910.20 |
| 04/23/12 | 1002 | EILEEN JOHNSON | Debtor's share of 2011 tax refunds | 8100-002 | | 1,911.11 | 6,999.09 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,974.09 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,949.09 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,924.09 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,899.09 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,874.09 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,849.09 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,824.09 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,799.09 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,774.09 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001038001088 20130117 | 9999-000 | | 6,774.09 | 0.00 |

Subtotals :                    $11,425.66        $11,425.66

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 11-51114-RS | **Trustee:** | JOHN CLIFTON CONINE (380030) | |
| **Case Name:** | WINFREY, DEMOND LYNN, SR. | **Bank Name:** | The Bank of New York Mellon | |
| | | **Account:** | ****.******16-65 - Checking Account | |
| **Taxpayer ID #:** | **-***4737 | **Blanket Bond:** | $27,869,306.00 (per case limit) | |
| **Period Ending:** | 10/13/16 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 11,425.66 | 11,425.66 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,774.09 | |
| | | | **Subtotal** | | 11,425.66 | 4,651.57 | |
| | | | Less: Payments to Debtors | | | 4,276.57 | |
| | | | **NET Receipts / Disbursements** | | **$11,425.66** | **$375.00** | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 11-51114-RS
Case Name: WINFREY, DEMOND LYNN, SR.

Taxpayer ID #: **-***4737
Period Ending: 10/13/16

Trustee: JOHN CLIFTON CONINE (380030)
Bank Name: Rabobank, N.A.
Account: ******1165 - Checking Account
Blanket Bond: $27,869,306.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 6,774.09 | | 6,774.09 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.39 | 6,763.70 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,753.70 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,743.70 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.34 | 6,733.36 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,723.36 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,713.36 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.61 | 6,702.75 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,692.75 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,682.75 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.57 | 6,672.18 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,662.18 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.54 | 6,651.64 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,641.64 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,631.64 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,621.64 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.15 | 6,611.49 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,601.49 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,591.49 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.42 | 6,581.07 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,571.07 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.08 | 6,560.99 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,550.99 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,540.99 |
| 01/20/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,530.99 |
| 01/21/15 | | Transfer of Funds to Successor John C. Conine | Transfer of Funds to Successor John C. Conine | 1290-010 | -6,530.99 | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 243.10 | 243.10 | $0.00 |
| Less: Bank Transfers | 6,774.09 | 0.00 | |
| **Subtotal** | -6,530.99 | 243.10 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$-6,530.99** | **$243.10** | |

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-51114-RS | |
| **Case Name:** | WINFREY, DEMOND LYNN, SR. | |
| **Taxpayer ID #:** | **-***4737 | |
| **Period Ending:** | 10/13/16 | |

| | |
|---|---|
| **Trustee:** | JOHN CLIFTON CONINE (380030) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5566 - Checking Account |
| **Blanket Bond:** | $27,869,306.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/20/15 | | Transfer of Funds on behalf of Paul Debaillon | Transfer of Funds on behalf of Paul Debaillon | 1290-000 | 6,530.99 | | 6,530.99 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,520.99 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,510.99 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,500.99 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,490.99 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,480.99 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,470.99 |
| 07/08/15 | {8} | ACE USA | Settlement of PI Claim vs St. Martin Parish School Board; | 1149-000 | 30,000.00 | | 36,470.99 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.26 | 36,429.73 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.65 | 36,379.08 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.81 | 36,323.27 |
| 10/29/15 | 101 | JOSLYN R. ALEX | Attorney's Fees ECF # 57 | 3210-600 | | 10,500.00 | 25,823.27 |
| 10/29/15 | 102 | JOSLYN R. ALEX | Attorney's Expenses ECF # 57 | 3220-610 | | 10,324.22 | 15,499.05 |
| 10/29/15 | 103 | DEMONTE WINFREY | PI Settlement to Debtor's Son, ECF # 57 Stopped on 02/02/16 | 8500-002 | | 1,500.00 | 13,999.05 |
| 10/29/15 | 104 | DEMOND WINFREY, JR. | Debtor's Son; ECF # 57 Stopped on 02/02/16 | 8500-002 | | 1,500.00 | 12,499.05 |
| 10/29/15 | 105 | DEMOND WINFREY, SR. | PI Settlement # 57 | 8500-002 | | 3,087.89 | 9,411.16 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.24 | 9,358.92 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.87 | 9,312.05 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.94 | 9,286.11 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.03 | 9,269.08 |
| 02/02/16 | 103 | DEMONTE WINFREY | PI Settlement to Debtor's Son, ECF # 57 Stopped: check issued on 10/29/15 | 8500-002 | | -1,500.00 | 10,769.08 |
| 02/02/16 | 104 | DEMOND WINFREY, JR. | Debtor's Son; ECF # 57 Stopped: check issued on 10/29/15 | 8500-002 | | -1,500.00 | 12,269.08 |
| 02/02/16 | 106 | Clerk of US Bankruptcy Court | REISSUED CHECK FROM STALE CHECK PROCESSING | | | 3,000.00 | 9,269.08 |
| | | DEMONTE WINFREY | PI Settlement to Debtor's Son, ECF # 57     1,500.00 | 8500-002 | | | 9,269.08 |
| | | DEMOND WINFREY, JR. | Debtor's Son; ECF # 57     1,500.00 | 8500-002 | | | 9,269.08 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.71 | 9,254.37 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.60 | 9,239.77 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.80 | 9,226.97 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.79 | 9,214.18 |

| | | |
|---|---|---|
| Subtotals : | $36,530.99 | $27,316.81 |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 11-51114-RS

Case Name: WINFREY, DEMOND LYNN, SR.

Taxpayer ID #: **-***4737

Period Ending: 10/13/16

Trustee: JOHN CLIFTON CONINE (380030)

Bank Name: Rabobank, N.A.

Account: ******5566 - Checking Account

Blanket Bond: $27,869,306.00 (per case limit)

Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.53 | 9,199.65 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.75 | 9,186.90 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.49 | 9,172.41 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.15 | 9,159.26 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 36,530.99 | 27,371.73 | $9,159.26 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 36,530.99 | 27,371.73 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $36,530.99 | $27,371.73 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******16-65 | 11,425.66 | 375.00 | 0.00 |
| Checking # ******1165 | -6,530.99 | 243.10 | 0.00 |
| Checking # ******5566 | 36,530.99 | 27,371.73 | 9,159.26 |
| | $41,425.66 | $27,989.83 | $9,159.26 |

{} Asset reference(s)

# Exhibit C - Claims Analysis

## Case: 11-51114-RS   WINFREY, DEMOND LYNN, SR.

Claims Bar Date:   01/12/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | ESTATE OF PAUL N. DEBAILLON<br>P.O. DRAWER 51387<br>LAFAYETTE, LA 70505-1387<br><2100-00   Trustee Compensation>,  200 | Admin Ch.  7<br>08/02/11 | | $886.90<br>$886.90 | $0.00 | $886.90 |
| | ESTATE OF PAUL N. DEBAILLON<br>P.O. DRAWER 51387<br>LAFAYETTE, LA 70505-1387<br><2200-00   Trustee Expenses>,  200 | Admin Ch.  7<br>08/02/11 | | $63.44<br>$63.44 | $0.00 | $63.44 |
| | JOHN CLIFTON CONINE, TRUSTEE<br><br><2100-00   Trustee Compensation>,  200 | Admin Ch.  7<br>08/02/11 | | $2,969.22<br>$2,969.22 | $0.00 | $2,969.22 |
| | JOHN CLIFTON CONINE, TRUSTEE<br><br><2200-00   Trustee Expenses>,  200 | Admin Ch.  7<br>08/02/11 | | $137.89<br>$137.89 | $0.00 | $137.89 |
| 1 | B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/14/11 | 2720<br><br>09/17/15--jcc; Unsecured; OK<br>10/12/16 mlw  Chase Bank USA - | $998.48<br>$998.48 | $0.00 | $998.48 |
| 2 | B.B. Chiropractic Clinic<br>c\o Louisiana Recovery Services<br>1304 Bertrand Dr Ste F4<br>Lafayette, LA 70506-9106<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/18/11 | 3600<br><br>09/17/15--jcc; Unsecured; OK | $118.01<br>$118.01 | $0.00 | $118.01 |
| 3 | Pediatric Group of Acadiana<br>c\o Louisiana Recovery Services<br>1304 Bertrand Dr Ste F4<br>Lafayette, LA 70506-9106<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/18/11 | 3905<br><br>09/17/15--jcc; Unsecured; OK | $110.00<br>$110.00 | $0.00 | $110.00 |
| 4 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br><br>San Diego, CA 92123<br><br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/19/11 | 7955<br><br>09/17/15--jcc; Unsecured; OK<br>10/12/16 mlw -- uinsecured credit card debt; original Chase Bank USA N.A. | $2,875.75<br>$2,875.75 | $0.00 | $2,875.75 |

# Exhibit C - Claims Analysis

## Case: 11-51114-RS    WINFREY, DEMOND LYNN, SR.

Claims Bar Date:    01/12/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 11/01/11 | 5312 09/17/15--jcc; Unsecured; OK | $1,787.64 $1,787.64 | $0.00 | $1,787.64 |
| 6 | Bureaus Investment Group Portfolio No 15 LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 11/07/11 | 0865 09/17/15--jcc; Unsecured; OK 10/12/16 mlw -- USBC Card Services, Inc. | $2,641.49 $2,641.49 | $0.00 | $2,641.49 |
| 7 | Advantage Assets II, Inc. 7322 Southwest Freeway Suite 1600 Houston, TX 77074 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 12/22/11 | 7419 09/17/15--jcc; Unsecured; OK | $856.80 $856.80 | $0.00 | $856.80 |
| 8 | American InfoSource LP as agent for Asset Acceptance,as assignee of STAGE PO Box 248838 Oklahoma City, OK 73124-8838 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 01/04/12 | 8813 09/17/15--jcc; Unsecured; OK | $845.84 $845.84 | $0.00 | $845.84 |
| 9 | American InfoSource LP as agent for Asset Acceptance / CITIBANK PO Box 248838 Oklahoma City, OK 73124-8838 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 01/04/12 | 4121 09/17/15--jcc; Unsecured; OK | $6,748.98 $6,748.98 | $0.00 | $6,748.98 |
| 10 | American InfoSource LP as agent for Asset Acceptance - TARGET PO Box 248838 Oklahoma City, OK 73124-8838 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 01/04/12 | 6465 09/17/15--jcc; Unsecured; OK | $1,106.94 $1,106.94 | $0.00 | $1,106.94 |
| 11 | St Martin Parish Sheriff POB 247 St Martinville, LA 70582 <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured 06/15/15 | 5300 09/17/15--jcc; Unsecured; OK | $151.87 $151.87 | $0.00 | $151.87 |
| | | | **Case Total:** | | **$0.00** | **$22,299.25** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-51114-RS
Case Name: WINFREY, DEMOND LYNN, SR.
Trustee Name: JOHN CLIFTON CONINE

| | **Balance on hand:** | **$** | 9,159.26 |
|---|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | Total to be paid to secured creditors: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 9,159.26 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ESTATE OF PAUL N. DEBAILLON | 886.90 | 0.00 | 886.90 |
| Trustee, Expenses - ESTATE OF PAUL N. DEBAILLON | 63.44 | 0.00 | 63.44 |
| Trustee, Fees - JOHN CLIFTON CONINE, TRUSTEE | 2,969.22 | 0.00 | 2,969.22 |
| Trustee, Expenses - JOHN CLIFTON CONINE, TRUSTEE | 137.89 | 0.00 | 137.89 |

| | Total to be paid for chapter 7 administration expenses: | $ | 4,057.45 |
|---|---|---|---|
| | Remaining balance: | $ | 5,101.81 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 5,101.81 |

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $      0.00

Remaining balance:    $      5,101.81

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,089.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | B-Line, LLC | 998.48 | 0.00 | 281.60 |
| 2 | B.B. Chiropractic Clinic | 118.01 | 0.00 | 33.28 |
| 3 | Pediatric Group of Acadiana | 110.00 | 0.00 | 31.02 |
| 4 | Midland Credit Management, Inc. | 2,875.75 | 0.00 | 811.03 |
| 5 | Capital One Bank (USA), N.A. | 1,787.64 | 0.00 | 504.16 |
| 6 | Bureaus Investment Group Portfolio No 15 LLC | 2,641.49 | 0.00 | 744.97 |
| 7 | Advantage Assets II, Inc. | 856.80 | 0.00 | 241.64 |
| 8 | American InfoSource LP as agent for | 845.84 | 0.00 | 238.55 |
| 9 | American InfoSource LP as agent for | 6,748.98 | 0.00 | 1,903.38 |
| 10 | American InfoSource LP as agent for | 1,106.94 | 0.00 | 312.18 |

Total to be paid for timely general unsecured claims:    $      5,101.81

Remaining balance:    $      0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 151.87 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | St Martin Parish Sheriff | 151.87 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**